

**FILED**
AUG 0 6 2020
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

ANDREW WRIGHT, )
      Plaintiff )
vs. ) Case No:
AMERICAN LEGION DEPARTMENT )
OF OKLAHOMA, ) **20 CV - 389 JED - FHM**
      Defendant )

## COMPLAINT

That Defendant American Legion Department of Oklahoma has deprived the Plaintiff Andrew Wright of First Amendment rights to petition the government by its retaliations against the Plaintiff and others for filing a civil suit in the State Courts and Fifth Amendment due process rights by unlawfully expelling him from the American Legion after over twenty years of membership without due process.

## JURISDICTION AND VENUE

The American Legion is a federally chartered veterans service organization and subject to the laws of the United States. This Court may exercise both venue and subject matter jurisdiction Under 28 U.S.C. § 1331: A case arising under the United States Constitution or federal laws or treaties is a federal question case. This Honorable Court also has jurisdiction in this matter under the Administrative Procedures Act (Public Law 79-404).

## DEMAND

The Plaintiff asks for a Court Order that nullifies his expulsion from the American Legion and further asks for personal and punitive damages in the amount of One Million Dollars ($1,000,000.00) from the Defendant American Legion Department of Oklahoma.

Respectfully submitted this 6th day of August, 2020.

_____
ANDREW WRIGHT, Plaintiff
10045 Brook Lane
Claremore, OK 74017
(918)841-5332

✓ Mail  ___ No Cert Svc  ___ No Orig Sign

___ C/J  ___ C/MJ  ___ C/Ret'd  ___ No Env

___ No Cpys  ✓ No Env/Cpys  ___ O/J  ___ O/MJ



IFP
1 summons in hold tray

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing was served by mail on the American Legion Department of Oklahoma, 2101 N. Lincoln Blvd., Suite B45, Oklahoma City, OK 73105 and its Attorney: James Walters, 928 N. York Blvd., Ste. 45, Muskogee, OK 74403.

_____
ANDREW WRIGHT, Plaintiff

20 CV - 389 JED - FHM

RECEIVED
AUG 06 2020
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

Post marked 8/5/20 AG

Tulsa OK PMBC 741
WED 05 AUG 2020 PM

Clerk of the Court
U.S. District Court
for Northern Oklahoma
333 W. 4th St., Ste. 411
Tulsa, OK 74103

